# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1615.   JASMINE LEIGH DOURESSEAUX v. AARON CHRISTIAN THOMAS.

In this child custody case, Jasmine Douresseaux appeals pro se from the trial court's August 25, 2020 order finding her in willful contempt of a November 18, 2018 Final Order and Parenting Plan. In the first appeal of the contempt order, docketed in this Court as Case No. A21A0358, we remanded the case to the trial court for completion of the transcript of the August 18, 2020 Zoom hearing on the motion for contempt. In our order, dated June 8, 2021, we noted that "[a]ny issues that may arise concerning the completion of the transcript are better resolved in the trial court than this Court. See OCGA § 5-6-41 (g)."

Prior to the issuance of the remittitur, the Clerk of the Superior Court of Cobb County transmitted the record to this Court, as well as at least a partial transcript of the August 18 hearing. After this case was re-docketed as Case No. A21A1615, Douresseaux moved to supplement the record. In her motion, she maintains that the court reporter "only transcribed the final eleven minutes of the hearing," although she was "present and recording the entire hearing." She has also requested a hearing on the matter in the trial court.

It appearing that there remain issues with the record that must be resolved by the court below before this Court can decide the merits of Douresseaux's appeal, we again REMAND this case to the trial court for a hearing on and ruling upon these matters. After the trial court has entered an order clarifying the portions of the record and transcript that should be part of the record on appeal, the clerk of the court shall transmit the record and transcript(s) to this Court, at Douresseaux's expense, for

redocketing pursuant to the notice of appeal filed in Case No. A21A0358.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/06/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*